In the Matter of THE MINISTERS, ELDERS AND DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH OF THE CITY OF NEW YORK, Respondent, against the MUNICIPAL COURT OF THE CITY OF NEW YORK, BOROUGH OF MANHATTAN et al., Defendants, and 123 WILLIAM STREET CORPORATION, Appellant.

Argued November 26, 1946; decided January 16, 1947.

*John F. X. Finn, Samuel W. Dorfman* and *Morris Fish* for appellant.

*Thomas F. Daly* and *Helen H. Robinson* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

OLIVER NAAS et al., Copartners Doing Business under the Name of NAAS & ST. JOHN, Respondents, *v.* NEW YORK CO-OPERATIVE SEED POTATO ASSOCIATION, INC., Appellant.

Submitted November 12, 1946; decided January 16, 1947.